IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDY L. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>YNEZ OLSHAUSEN, MARY ELLEN MCDONALD, PETER GORMAN, CHARLOTTE-MECKLENBURG POLICE DEPARTMENT, CHARLOTTE-MECKLENBURG, STATE OF NORTH CAROLINA,<br><br>    Defendants. | No.: 3:07CV130-H<br><br>**ORDER** |

This matter came before the Court on the motion to transfer or reassign this matter to United States District Judge Graham C. Mullen filed by defendants Ynez Olshausen and Peter Gorman.

Having reviewed the Complaint in this matter and the pertinent materials in the Court files in *Alfred T. Thomas and Randy L. Thomas as Guardian Ad Litem, Plaintiff v. Charlotte-Mecklenburg Board of Education, et al.*, Civil Action No. 3:06-cv-238-MU and *Randy L. Thomas v. Helms Mulliss & Wicker, PLLC, James G. Middlebrooks, and Mark W. Johnson*, Civil Action No. 3:07-CV-52, the Court exercises its inherent discretion to transfer this matter to Judge Mullen for further proceedings.

**SO ORDERED**.

Signed: April 16, 2007

*Carl Horn, III*
Carl Horn, III
United States Magistrate Judge