IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDY L. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>YNEZ OLSHAUSEN, MARY ELLEN MCDONALD, PETER GORMAN, CHARLOTTE-MECKLENBURG POLICE DEPARTMENT, CHARLOTTE-MECKLENBURG, STATE OF NORTH CAROLINA,<br><br>    Defendants. | No.: 3:07CV130-MU<br><br>**ORDER** |

This matter comes before the Court on the following motions filed by Randy L. Thomas ("Plaintiff"):

Motion to Suspend Case Until Outcome of Appeal (Document #16); Motion to Reassign Case (Document #17); Motion to Change Venue (Document #18), and Motion for Sanctions (Document #30).

Having reviewed the motions filed by Plaintiff, the response filed by counsel for defendants Ynez Olshausen and Peter Gorman, and the file documents, the Court hereby orders that each of the above-referenced motions is DENIED.

IT IS SO ORDERED.                Signed: March 27, 2008

Graham C. Mullen
United States District Judge