IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDY L. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>YNEZ OLSHAUSEN, MARY ELLEN MCDONALD, PETER GORMAN, CHARLOTTE-MECKLENBURG POLICE DEPARTMENT, CHARLOTTE-MECKLENBURG, STATE OF NORTH CAROLINA,<br><br>    Defendants. | No.: 3:07CV130-MU<br><br>**ORDER** |

This matter comes before the Court on the following motions filed by Randy L. Thomas ("Plaintiff"):

Motion for Recusal (Document #45); Motion for a More Definite Statement (Document #48); Motion for Scheduling Conference and Discovery (Document #49).

Having reviewed the motions filed by Plaintiff and the file documents, the Court hereby rules that each of the above-referenced motions is DENIED.

IT IS SO ORDERED.

Signed: June 16, 2008

Graham C. Mullen
United States District Judge